Arthur Lewis GHEE, petitioner, v.
**ALABAMA DEPARTMENT OF
HUMAN RESOURCES, et al.**
No. 15–6175.
Nov. 30, 2015.

Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.